FILED'06 JUN 01 16:57 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KRISTINA M. ALLEN, | Civil No. 04-782-PK |
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| JO ANNE B. BARNHART, Commissioner of Social Security Defendant | |

Upon review of the file herein, and noting the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,856.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 1ST day of June 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant United States Attorney
(206) 615-2143
of Attorneys for Defendant

ORDER FOR EAJA FEES [04-782-PK]  Page 1